UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00100-CRS

BRYANT S.[1]                                                                                       PLAINTIFF

v.

MARTIN O'MALLEY, Commissioner                                          DEFENDANT
of Social Security[2]

## ORDER

The Magistrate Judge has filed his Report and Recommendation (DN 19), and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 19) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the reversal and remand of this action pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

July 22, 2024

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Plaintiff's name is abbreviated pursuant to General Order 22-05.
[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted as the defendant in this suit.